

# MANDATE

# Court of Appeals

# First District of Texas

### NO. 01-12-00725-CR

### CHIKEVIA RENA ROBERTS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

Appeal from the 337th District Court of Harris County.  (Tr. Ct. No. 1305927).

**TO THE 337TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of March 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on July 6, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 11, 2014.

Per curiam opinion delivered by panel consisting of Justices

Keyes, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 21, 2014

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT





# MANDATE

## Court of Appeals

## First District of Texas

NO. 01-12-00724-CR

CHIKEVIA RENA ROBERTS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 337th District Court of Harris County.   (Tr. Ct. No. 1305843).

**TO THE 337TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of March 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on July 6, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 11, 2014.

Per curiam opinion delivered by panel consisting of Justices

Keyes, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 21, 2014

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT





# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00723-CR

CHIKEVIA RENA ROBERTS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 337th District Court of Harris County.   (Tr. Ct. No. 1305295).

**TO THE 337TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of March 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on July 6, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 11, 2014.

Per curiam opinion delivered by panel consisting of Justices

Keyes, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 21, 2014

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48 0
02 1W
0001372104 NOV 21 2014

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

MAIL RECEIVED

CASE NO. 01-12-00723-CR
CHIKEVIA RENA ROBERTS
5301 NORTH SAN HOUSTON PARKWAY, #802
HOUSTON, TX 77000

NIXIE        773   5E 1009    00 01/03/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77002206599      *2933-00071-21-42